FILED
2014 Jan-09 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GEORGE MORRIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:13-cv-00566-HGD |
| ) | |
| HOLLOWAY CREDIT SERVICES, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

The above-entitled civil action is before the court on plaintiff's Motion for Judgment on the Pleadings. (Doc. 15). Defendant has stipulated to the entry of judgment as sought by plaintiff, for statutory damages of $1000 as provided by the Fair Debt Collection Practices Act, plus costs and reasonable attorney's fees to be agreed upon by the parties or determined by the Court if the parties are unable to agree. (Doc. 17). Upon consideration of plaintiff's motion and defendant's stipulation, the Court finds that plaintiff's Motion for Judgment on the Pleadings is due to be granted and judgment entered accordingly.

A separate Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 9th day of January, 2014.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

174256