UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GEORGE MORRIS, | ) |
| Plaintiff | ) |
| vs. | ) Case No.  5:13-cv-00566-HGD |
| HOLLOWAY CREDIT SERVICES, | ) |
| Defendant | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED that plaintiff's Motion for Judgment on the Pleadings is due to be hereby is GRANTED, and judgment hereby is ENTERED in favor of plaintiff, George Morris, and against defendant, Holloway Credit Bureau Companies, LLC,[1] in the amount of One Thousand and 00/100 dollars ($1,000.00) in statutory damages, plus costs and reasonable attorney's fees as agreed upon by the parties or as determined by the Court.  In the event the parties are unable to agree as to plaintiff's reasonable attorney's fees and costs, this Court hereby

---

[1] Defendant, Holloway Credit Bureau Companies, LLC was incorrectly identified in the Complaint as Holloway Credit Services.

RETAINS jurisdiction to determine the amount of plaintiff's reasonable attorney's fees and costs.

As to the foregoing, it is SO ORDERED this 9th day of January, 2014.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

174256