UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GEORGE MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:13-cv-00566-HGD |
| ) | |
| HOLLOWAY CREDIT SERVICES, ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now Plaintiff, George Morris, and Defendant, Holloway Credit Bureau Companies, LLC, incorrectly identified in the Complaint as Holloway Credit Services, and agree and stipulate as follows:

The Judgment entered by this court on January 9, 2014 has been satisfied by agreement of the parties and all remaining matters, including the award of attorney's fees, are due to be dismissed with prejudice, costs taxed as paid.

Respectfully submitted,

M. Brandon Walker (asb-7482-h62w)
**WALKER MCMULLAN, LLC**
242 West Valley Avenue, Ste. 312
Birmingham Alabama 35209
TEL: 205-417-2541
E-mail: brandonwalker014@gmail.com

Attorneys for Plaintiff, George Morris

1

/s/ James A. Harris, III
James A. Harris, III (asb-0683-r74j)
BB&T Bank Building
Suite 450
2501 20th Place South
Birmingham, AL 35223
TEL: 205-871-5777
FAX: 205-871-0029
Email: jamey@harris-harris.com

OF COUNSEL:

**HARRIS & HARRIS, LLP**

Attorneys for Defendant,
Holloway Credit Bureau Companies, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of April 2014, I filed the foregoing pleading with the Clerk of the Court using the cm/ecf system on Pacer, which will send notification of such filing to all counsel of record.

/s/
OF COUNSEL

2